UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-3443

SHELLER, P.C.,
Appellant

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES FOOD AND DRUG ADMINISTRATION;
SECRETARY DEPARTMENT OF HEALTH AND HUMAN SERVICES;
COMMISSIONER OF FOOD AND DRUG ADMINISTRATION

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-15-cv-00440)
District Judge: Honorable Legrome D. Davis

Submitted Under Third Circuit L.A.R. 34.1(a)
July 11, 2016

Before: FUENTES,* SHWARTZ, and RESTREPO, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 11, 2016.

---

* Honorable Julio M. Fuentes assumed senior status on July 18, 2016

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the District Court's Order entered on August 12, 2015 be AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellant.

Attest:

s/Marcia M. Waldron
Clerk

Dated: October 6, 2016

Certified as a true copy and issued in lieu of a formal mandate on December 16, 2016

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**